DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REBECCA FRIEDMAN,**
Appellant,

v.

**JPMORGAN CHASE BANK, N.A.,** and **WASHINGTON MUTUAL BANK, FSB,**
Appellees.

No. 4D20-147

[January 28, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 502018CA002013.

Rebecca Friedman, Lake Worth, pro se.

Kristie L. Hatcher-Bolin of Gray Robinson, P.A., Lakeland, Rebecca A. Rodriguez of Gray Robinson, P.A., Fort Lauderdale, and Roland E. Schwartz of Gray Robinson, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***